| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | Acting United States Attorney |
| 2 | ANTONIO J. PATACA |
|   | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
|   | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
|   | Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff |
|   | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-MJ-00054-SKO |
|---|---|
| Plaintiff, | UNITED STATES' APPLICATION TO UNSEAL INDICTMENT |
| v. | |
| RUBEN SUAREZ JR., | |
| Defendant. | |

The United States hereby moves this Court to unseal the Indictment and Arrest Warrant in this matter. On June 3, 2021, defendant was arreseted in Fresno County, California. Defendant is scheduled for an Initial Appearance at 2:00 pm on June 4, 2021. Therefore, the Indictment must be unsealed in order to advise the defendant in open court of the charges against him.

DATED: June 4, 2021                           Respectfully submitted,

                                              PHILLIP A. TALBERT
                                              United States Attorney

                                               /s/ *Antonio J. Pataca*
                                              ANTONIO J. PATACA
                                              Assistant United States Attorney

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>RUBEN SUAREZ JR.,<br>　　　　　　　　Defendant. | CASE NO. 1:21-MJ-00054-SKO<br><br>**UNSEALING ORDER** |

Good cause due to the defendant's pending Initial Appearance on the Indictment in the Eastern District of California, it is hereby ordered that the Indictment, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

DATED: June 4, 2021

_____
HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE