| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | BENJAMIN A. GERSON, NY Bar # 5505144 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | RUBEN SUAREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-mj-00054 SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE;** |
| vs. | Date: June 9, 2021 |
| RUBEN SUAREZ, | Time: 2:00 p.m. |
| Defendant. | Judge: Stanley A. Boone |

### **MOTION**

The parties, through their respective counsel, Antonio Pataca and Laurel Montoya, Assistant United States Attorneys, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Ruben Suarez, hereby jointly move this Court to continue the detention hearing scheduled on June 9, 2021 to June 10, 2021 at 2:00 p.m. to permit defense time for additional investigation and preparation.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

-1-

Respectfully submitted,

Dated: June 7, 2021　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　*/s/ Benjamin A. Gerson*
　　　　　　　　　　　　　　　　　　BENJAMIN A. GERSON
　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　Ruben Suarez

Dated: June 7, 2021　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　*/s/* Laurel Montoya
　　　　　　　　　　　　　　　　　　LAUREL MONTOYA
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

## **O R D E R**

**GOOD CAUSE APPEARING**, the joint motion to continue the detention hearing from June 9, 2021 to June 10, 2021 at 2:00 p.m. is granted.

IT IS SO ORDERED.

Dated: **June 8, 2021**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE